FILED

ROSALIE OLIVERA
20527 Londelius Street
Canoga Park, CA 91306
(818) 282-6116

Defendant, In Pro Se

2012 JUN 28  AM 10: 29

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT, CALIFORNIA

NATIONSTAR MORTGAGE LLC, ITS
ASSIGNEES AND/OR SUCCESSORS,

   Plaintiff(s),

 Vs.

ROGELIO SOLIVEN, JUANITA SOLIVEN, AND
DOES 1-10; INCLUSIVE,

   Defendant(s),

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CV12-5614-SVW (AGRx)

NOTICE OF REMOVAL
[28 USC 1441, 1446(d)]
[Calif.CCP 430.90]

From the Los Angeles County Superior
Court, Van Nuys Courthouse East
Case #12B01557

Defendants allege:

**Parties and Counsel**

1.Defendants Rogelio Soliven and Juanita Soliven and Rosalie Olivera and

Plaintiff Nationstar Mortgage LLC, It's Assignees and/or Successors are those

parties in a California State Court filed in the Van Nuys Courthouse, in Los

Angeles County, California, concerning real property located 20527 Londelius

Street Canoga Park, California 91306 [hereafter "premises"], within this

court's jurisdiction.

2. Defendants Rogelio Soliven and Juanita Soliven were the prior owners of

the premisis and hvae defaulted in this litigation, such that they are no

longer a participants in this litigation.

**NOTICE OF REMOVAL**

1

PAID

JUN 2 8 2012

Clerk, US District
Clerk, US District Court
COURT 4612

3. Whereas his action was filed in California State Court following a foreclosure action of the property. Defendant Rosalie Olivera filed documents required by California law to intervene without leave of court by filing a Pre-Judgment Claim of Right to Possession, such that Petitioner is a valid Defendant under California Code of Civil Procedure 415.46, entitled to remove this action.

4. Plaintiff is represented by counsel in the State Court action as follows:

> McCarthy & Holthus, LLP
> 1770 Fourth Avenue
> San Diego, CA 92101

**Federal Question**

5. Plaintiff has actually filed a Federal Question action in State Court, for which the State Court action is removed under 28 U.S.C. 1441 *et seq.* and *Hunter v.Philip Morris USA,* 582 F.3d 1039, 1942 (9th Cir.2009); 28 USC 1331.

6. New federal legislation effective May 21, 2009, as amended in July, 2010, As Public Law 111-203, the "Protecting Tenants at Foreclosure Act 2009," 12 USC 5220, note [hereafter "PFTA"] *preempted* State law as to bona fide Residential tenants of foreclosed landlords [*Florida Lime & Avacado Growers, Inc v. Paul*, 373 U.S. 132, 142-43 (1963) (concept of limited preemption)]:

   a. Whereas under California law, a foreclosure automatically terminated any junior rental agreements [*Bank of America v. Hirsch Merc. Co.* (1944) 64 Cal App 2d 175,182], Section 702 (a)(2) of the PTFA makes the purchaser at the foreclosure sale *subject to* the rights of the existing bona fide tenants. The tenancy is protected by federal law.

   b. Whereas under California, a foreclosure eviction may be filed as to

**NOTICE OF REMOVAL**

2

1  any such tenant on mere 60 days' notice of termination [California Civil

2  Code 1161a,1161b], the PFTA requires that a full 90 days' notice be given

3  [PTFA 701(a)(1)]

4      c. Whereas under California law, the notice of termination can be given

5  at any time after the foreclosure purchaser has title [California Civil Code

6  1161a], under the PFTA the 90-day notice can ONLY be given when the tenancy

7  is a month-to-month OR if the tenancy is a lease,where the tenancy is a

8  lease, where there is a buyer who will move into the premises as their

9  primary residence. [PFTA 701(a)(2)]

10     d. It is impossible to evict a bona fide residential tenant of a

11  foreclosed landlord in California under State law, since the cause of action

12  is purely a Federal one in ejectment.

13  7. The Complaint in this action was filed in State Court as artful pleading,

14  entitled by the State Court as Unlawful Detainer, the State Court name, but

15  intentionally fails to allege compliance with the PTFA, serving only a 3 day

16  notice.

17     Thus, in order to evict a bona fide residential tenant of a foreclosed

18  Landlord, Plaintiff was required to state a cause of action under the PTFA,

19  but sought to avoid those protections by filing the action as an

20  "unlawful detainer" under State law by artful pleading.

21  8. A well-pleaded complaint is shown at least where the Plaintiff's right

22  To relief necessarily depends on resolution of a substantial question of

23  Federal law. *Armstrong v. N. Mariana Islands*, 576 F.3d 950, 954-55

24  (9th Cir. 2009); *Empire Healthcare Assurance v. McVeigh*

25  547 US 677,689-690 (2006); *Franchise Tax Bd. V. Const. Laborers Vacation

Trust for S. Cal.*463 US 1, 12,27-28 (1983). Here, the Complaint is based

**NOTICE OF REMOVAL**

3

1    upon the PTFA, but it was brought in State court, and misnomered

2    "unlawful detainer."

3    9. Even where the cause of action is based on state law, the district court

4    has subject matter jurisdiction over the case if (1)the federal issues are

5    essential to the claims, (2)there is a substantial federal interest in

6    resolving such issues, and (3)a federal forum may entertain the state law

7    claims without disturbing the balance of federal and state judicial

8    responsibilities. *Grable & Sons Metal Prods v. Darue Eng.r & Mfg.* 545 US 308,

9    313,315 (2005). Here, the PTFA is essential to the right of possession,

10   Congress passed the PTFA to express its substantial interest in such issues,

11   and the "balance" of judicial responsibilities will not be disturbed.

12   10. Stripped of the artful pleading [*Arco Envtl. Remediation LLC v. Dept. of*

13   *Health and Envtl Quality* 213 Fed 3d 1108, 1114 (9th,2000)], the Complaint

14   attempts to state a cause of action in PTFA ejectment, and cannot state a

15   cause of action in State unlawful detainer. The PTFA is that substantial

16   question of law. The Plaintiff cannot defeat removal by omitting necessary

17   federal questions in the Complaint.

18   11. To be a federal cause of action, there must also be a private right of

19   action. *Merrill Dow Pharms. Inv v. Thompson* 478 US 804,817 (1986). It can be

20   either express or implicit. Diaz v. Davis 549 Fed 3d 1223, 1229-1230

21   (9th Cir. 2008). The Court must look to the "rights creating" language and

22   statutory structure within which it is contained. *Lamie v. United States*

23   *Trustee* 540 US 526, 534 (2004). The Court must assume that Congress did not

24   intend to create a right without a remedy. First Pacific Bancorp, Inc v.

25   Helfer, 224 F.3d 1117, 1123, 1125-26 (9th Cir. 2000).

     12. The four criteria of Cort v. Ash 422 US 66 (1975) are satisfied:

**NOTICE OF REMOVAL**

1        a. Defendant Rosalie Olivera is a member of a protected class for whom

2    the statute, the "Protecting Tenants at Foreclosure Act" was created

3        b. The rights-creating language of the PTFA, its context, and the

4    legislative history. *Opera Plaza Residential Parcel Homeowners Assn. v. Hoang*

5    376 Fed.3d 831, 836 (2004), 9th cir) are underscored by

6        i. the language of the PTFA, particularly 702(a),

7        ii. the lack of any other specified enforcement mechanism [*First*

8    *Pacific Bancorp Inc. v. Helfer* 224 Fed 3d 1117m 1123 (200, 9th Cir.); *Williams*

9    *v. United Airlines, Inc* 500 Fed 3d, 1019, 1024 (9th, 2007)], and

10        iii. the legislative history.

11        c. the cause of action is consistent with the underlying purpose of the

12    law: balancing the rights of the parties.

13        d. The "traditional status" of evictions as a State cause of action is

14    the weakest of the criteria [*First Pacific Bancorp, Inc v. Helfer*, 224 F.3d

15    1117, 1127 (9th Cir. 2000)], particularly where here, as in Civil Rights

16    legislation, Congress intended to occupy the field and break tradition, with

17    a bold new law intended to protect tenants whose landlords did not use the

18    rent money to pay the mortgage, in a distressed economy, under the Supremecy

19    Clause.

20    13. The PTFA is <u>not</u> a defense, but the <u>entire basis</u> for the action to eject a

21    bona fide residential tenant of a foreclosed landlord. Even without any

22    defense of the PTFA being raised, Plaintiff cannot state a cause of action to

23    remove such a tenant without framing the prima facie case in the language of

24    the PTFA. The notice purports to comply with the PTFA, and without the

25    reference to the 90-day notice required by the PTFA, Plaintiff would be

    unable to evict any such tenant.

**NOTICE OF REMOVAL**

5

14. The federal cause of action in ejectment is the basis for this action, irrespective of artful pleading, such that this action could have been brought in the Federal District Court.

**Removed Action**

15. This Notice of Removal is timely under Section 1446 (b) of Title 28 of the United States Code because it is filed within 30 days of discovering that the case was ripe for removal.

16. A true and correct copy of the State Court Complaint of the action, Defendant's Pre-Judgment Claim of Right to Possession and related documents, sought to be removed to this Court are attached hereto and incorporated herein by reference.

17. Defendant Rosalie Olivera is a bona fide residential tenant of a foreclosed landlord, entitled to the protection of the PTFA, and entitled to remove this action to Federal Court.

18. Under California Code of Civil Procedure 430.90, the State trial court hereby loses jurisdiction under the Federal Rules of Civil Procedure and does not recover jurisdiction, if at all, until and unless this action is remanded to the State Court, after which jurisdiction will again attach as described in that statute.

DATED:   June 28, 2012

Rosalie Olivera, Defendant in Pro Se

**NOTICE OF REMOVAL**

6

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, California at 16000 Ventura Blvd. Suite 450 Encino, California 91316. I am over the age of 18 and not a party to the within action.

On June 28, 2012, I served the document attached hereto on the opposing party(s) in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United Sates at Encino, California, addressed to:

    McCarthy & Holthus, LLP
    1770 Fourth Avenue
    San Diego, CA 92101

Jerry Jarns

NOTICE OF REMOVAL

7

**NOTICE: EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.**

1. If you live here and do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

| | |
|---|---|
| **CLAIMANT OR CLAIMANT'S ATTORNEY** *(Name and Address):*        **TELEPHONE NO.:**<br><br>Rosalie Olivera<br>20527 Londelius Street<br>Canoga Park, CA 91306<br><br>**ATTORNEY FOR** *(Name):* Pro Per | **FOR COURT USE ONLY**<br><br>*ORIGINAL FILED*<br>*MAR ... 2012*<br>*SUPERIOR COURT* |

**NAME OF COURT:** Superior Court of California, County of Los Angeles
**STREET ADDRESS:** 6230 Sylmar Avenue
**MAILING ADDRESS:**
**CITY AND ZIP CODE:** Van Nuys, CA 91401
**BRANCH NAME:**

**PLAINTIFF:** Nationstar Mortgage LLC et al

**DEFENDANT:** Rogelio Soliven; Juanita Soliven & Does 1-10 incl.

| | |
|---|---|
| **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION** | **CASE NUMBER:**<br>12B01557 |

| | |
|---|---|
| **Complete this form only if ALL of these statements are true:**<br>1. You are NOT named in the accompanying Summons and Complaint.<br>2. You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed.<br>3. You still occupy the premises. | *(To be completed by the process server)*<br>**DATE OF SERVICE:**<br>*(Date that this form is served or delivered, and posted, and mailed by the officer or process server)* |

**I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:**

1. My name is *(specify):* Rosalie Olivera

          Claimant to file an answer within 5 days from date of filing the pre-judgment claim of right to possession per 415.46 C.C.P.

2. I reside at *(street address, unit No., city and ZIP code):*
   20527 Londelius Street
   Canoga Park, CA 91306

         COMPLAINT AMENDED TO ADD CLAIMANT AS DEFENDANT PER 415.46 C.C.P.

3. The address of "the premises" subject to this claim is *(address):*
   20527 Londelius Street
   Canoga Park, CA 91306

4. On *(insert date):* | March 14, 2012 | , the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is the court filing date on the accompanying Summons and Complaint.)*

5. I occupied the premises on the date the complaint was filed *(the date in item 4).* I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4).*

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4).*

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. *(Filing fee)* I understand that I must go to the court and pay a filing fee of $ _____ or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

*(Continued on reverse)*

| | |
|---|---|
| CP10.5 [New January 1, 1991] | Code of Civil Procedure §§ 415. ...<br>715.010, 715.020, 1174. ... |

**PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**

| PLAINTIFF (Name): Nationstar Mortgage LLC et al | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): Rogelio Soliven;Juanita Soliven & Does 1-10 incl. | 12B01557 |

**NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

11. *(Response required within five days after you file this form)* I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12. **Rental agreement.** I have *(check all that apply to you)*:
   a. ☐ an oral rental agreement with the landlord.
   b. ☐ a written rental agreement with the landlord.
   c. ☑ an oral rental agreement with a person other than the landlord.
   d. ☐ a written rental agreement with a person other than the landlord.
   e. ☐ other *(explain)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**WARNING: Perjury is a felony punishable by imprisonment in the state prison.**

Date: 3/26/2012

Rosalie Olivera
**(TYPE OR PRINT NAME)**

▶ *(signature)*
(SIGNATURE OF CLAIMANT)

**NOTICE:** If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

## — NOTICE TO OCCUPANTS —

**YOU MUST ACT AT ONCE** if all the following are true:
1. You are **NOT** named in the accompanying Summons and Complaint. *(The date is the court filing date on the accompanying Summons and Complaint.)*
2. You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed.
3. You still occupy the premises.

*(Where to file this form)* You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)* If you do not complete and submit this form and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you will be evicted without a hearing.*

Page two

CP10.5 [New January 1, 1991]

**PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**

**SUM-130**

**SUMMONS**
**(CITACION JUDICIAL)**
**UNLAWFUL DETAINER-EVICTION**
**(RETENCIÓN ILÍCITA DE UN INMUEBLE - DESALOJO)**

**COPY**

| FOR COURT USE ONLY (SOLO PARA USO DE LA CORTE) |
| --- |
| **ORIGINAL FILED** <br><br> MAR 1 4 2012 <br><br> LOS ANGELES SUPERIOR COURT |

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**
Rogelio Soliven, Juanita Soliven and DOES 1-10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANO EL DEMANDANTE):**
Nationstar Mortgage LLC, its assignees and/or successors

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

**12B01557**

1. The name and address of the court is:
   (El nombre y dirección de la corte es):
   SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY, VAN NUYS
   COURTHOUSE EAST JUDICIAL DISTRICT
   6230 Sylmar Avenue, Van Nuys, CA 91401

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   (El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
   Jessica L Partridge, Esq. SBN 260045     Rebecca L. Lang, Esq. SBN 249234

| DATE:<br>(Fecha) | Clerk, by<br>(Secretario) | M. Marquez | Deputy<br>(Adjunto) |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010).)

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of (specify):
   c. ☐ as an occupant
   d. ☐ on behalf of (specify):
      under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
             ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
             ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
             ☐ CCP 415.46 (occupant)            ☐ other (specify):

5. ☐ by personal delivery on (date):

*JOHN A. CLARKE MAR 1 4 2012*

| Form Adopted by Mandatory Use<br>Judicial Council of California<br>SUM-130 [Rev. July 1, 2009] | SUMMONS — UNLAWFUL DETAINER — EVICTION | Code of Civil Procedure, §§ 412.20, 415.456, 1167 |

10

SUM-130

| PLAINTIFF: | Nationstar Mortgage LLC | CASE NUMBER: |
| DEFENDANT: | Rogelio Soliven, Juanita Soliven and DOES 1-10, inclusive | |

6.  Unlawful detainer assistant *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant):*

    a.   Assistant's name:

    b.   Telephone no.: here is a test function

    c.   Street address, city, and ZIP:

    d.   County of registration

    e.   Registration no.:

    f.   Registration expires on *(date):*

11

COPY

1   McCarthy & Holthus, LLP
    Jessica L. Partridge, Esq. SBN 260045

**ORIGINAL FILED**

2   Rebecca L. Lang, Esq. SBN 249234
    Anne Ogle-Knox, Esq. SBN 253624

MAR 14 2012

3   Mishaela J. Graves, Esq. SBN 259765
    1770 Fourth Avenue
    San Diego, CA 92101

LOS ANGELES
SUPERIOR COURT

4   Telephone: (619) 243-3960
    Fax (619) 243-1979

5   Attorney for: Plaintiff,
6   Nationstar Mortgage LLC, its assignees and/or successors

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9          COUNTY OF LOS ANGELES, VAN NUYS COURTHOUSE EAST

10

11  Nationstar Mortgage LLC,                )   Case No. **12B01557**
    its assignees and/or successors,        )
12                                          )   **COMPLAINT FOR UNLAWFUL**
                                            )   **DETAINER FOLLOWING**
13         Plaintiff,                       )   **FORECLOSURE SALE**
                                            )   **CCP Section 1161a(b)(3)**
14         vs.                              )
                                            )   Limited Civil Case
15  Rogelio Soliven,                        )
    Juanita Soliven,                        )
16  and DOES 1-10; inclusive,               )   Amount demanded does not exceed $10,000
                                            )
17         Defendant(s).                    )   This case is assigned for all purposes,
                                            )   including trial, to Judge Richard Walmark
18                                          )   presiding in Department NW-P.

BY FAX

21  1.  Plaintiff, Nationstar Mortgage LLC, is entitled to possession and is the owner of record

22      of a parcel of real property located at 20527 Londelius Street, Canoga Park, CA 91306.

23      The property is located within the above-referenced Judicial District and County.

24  2.  Plaintiff, Nationstar Mortgage LLC, is an entity lawfully conducting business in

25      California.

Page 1
Complaint for Unlawful Detainer  CA-12-05863 - Ipa Dohotaru

12

3. Defendant(s), Rogelio Soliven, Juanita Soliven, at all times herein mentioned resided in the State of California, County of LOS ANGELES.

4. Defendant(s), and each of them, are currently in possession of and occupying the above-described premises.

5. Defendant(s) is the former trustor or a holdover occupant of the former trustor.

6. The true names and capacities, whether individual, corporate, associate or otherwise, of the Defendant(s) named herein as Does 1-10, inclusive, and each of them, are unknown to Plaintiff, who therefore sues said Defendant(s) by their fictitious names under Code of Civil Procedure section 474. Plaintiff asks leave of the Court to amend its Complaint to include the true names and capacities of said Defendant(s) when the same have been ascertained.

7. Plaintiff is the owner of and entitled to immediate possession of the real property in LOS ANGELES County, California, which is located at 20527 Londelius Street, Canoga Park, CA 91306 (the "Property") which property is located within the jurisdictional boundaries of this court.

8. Plaintiff owns said land by virtue of a foreclosure sale duly held pursuant to the power under the Deed of Trust executed by Defendant(s) or their predecessors.

9. Defendant(s) or their predecessors defaulted under the terms of the Deed of Trust which

the obligation thereby secured, was recorded in the Official Records in the Office of the County Recorder of LOS ANGELES, California.

10. After failure of Defendant(s) or their predecessors to cure said default, a Trustee's Sale of the Property was duly noticed, as required under California Civil Code section 2924 et seq., to satisfy the obligation secured by the Deed of Trust.

13

11. At the time and place noticed for Trustee's Sale, the property was sold to Plaintiff. The Trustee's Deed Upon Sale was thereafter recorded in the LOS ANGELES County Recorder's Office, thereby duly perfecting Plaintiff's title to the Property. A true and correct certified copy of the Trustee's Deed is attached hereto marked Exhibit "A" and made a part hereof.

12. On 02/25/2012, Defendant(s) was/were served with a written notice requiring Defendant(s) and "All Persons in Possession" of the Property to quit and deliver up possession of the property. A true and correct copy of said Notice for Possession is attached hereto as Exhibit "B" and is incorporated by this reference. A true and correct copy of the Proof of Service of Notice for Possession is attached hereto as Exhibit "C."

13. Defendant(s) have failed and refused to deliver up possession of the Property after expiration of the Notice as required by California Code of Civil Procedure section 1161a.

14. Defendant(s) continues in possession of the Property without Plaintiff's permission or consent.

15. The reasonable value of the use and occupancy of the Property is equal to an amount according to proof at trial, and damage to the Plaintiff caused by Defendant's unlawful detention thereof has accrued at said rate since 3/5/2012 and will continue to accrue

///
///
///
///
///

14

1    WHEREFORE, Plaintiff prays judgment against Defendant(s) and each of them for:

2    1.  Restitution of the Property;

3    2.  Damages in an amount to be determined, according to proof, at trial, at a daily rate

4         from 3/5/2012, until the date that judgment for Plaintiff is entered by the Court; and

5    3.  Costs herein and further relief as is proper.

6

Dated: March 5, 2012                              McCarthy Holthus, LLP

7

8                                                  By: _____

9                                                       Mishaela A. Graves, Esq.
                                                        Attorney For Plaintiff,
10                                                      Nationstar Mortgage LLC

11

12

13

14

15

16

17

18

21

22

23

24

25

15

## VERIFICATION

STATE OF CALIFORNIA

COUNTY OF SAN DIEGO

    I have read the foregoing COMPLAINT FOR UNLAWFUL DETAINER and know its contents.

    I am one of the attorneys for Nationstar Mortgage LLC, a party to this action. The officer responsible of such party is absent from the county aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I have read the foregoing document and I am informed and believe that the matters therein to be true, and on that ground, allege that the matters stated therein are true.

    Executed on March 5, 2012 in San Diego, California.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Mishaela J. Graves, Esq.

16

Trustee's Deed Upon Sale
1 | Page

Recording requested by:

When recorded mail to:

Nationstar Mortgage LLC
350 Highland Drive
Lewisville, TX 75067

CERTIFIED BY FIRST AMERICAN TITLE
INSURANCE COMPANY TO BE A COPY
OF THE DOCUMENT RECORDED ON 02/22/2012
AS INSTRUMENT NO. 2012-0280426
IN BOOK                    PAGE
OFFICIAL RECORDS OF LOS ANGELES

Forward tax statements to the address given above

TS No.: CA-11-475067-AB                    Space above this line for recorders use
Order No.: 6036971
A.P.N. No.: 2760-013-007

## Trustee's Deed Upon Sale

Transfer Tax: $0.00

The undersigned grantor declares:
The grantee herein IS the foreclosing beneficiary.
The amount of the unpaid debt together with costs was:        $619,576.29
The amount paid by the grantee at the trustee sale was:        $496,069.53
The documentary transfer tax is:                              None
Said property is in the City of: CANOGA PARK, County of LOS ANGELES

QUALITY LOAN SERVICE CORPORATION , as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby GRANT and CONVEY to

Nationstar Mortgage LLC

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest

THE MINERALS AND ... THE SURFACE OF SAID LAND, BUT WITHOUT THE RIGHT OF ENTRY UPON ANY PORTION OF THE SURFACE OF SAID LAND FOR THE PURPOSE OF EXPLORING FOR, BEARING, EXTRACTING, DRILLING, MINING, PROSPECTING FOR, REMOVING OR MARKETING SAID SUBSTANCES.

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by ROGELIO SOLIVEN AND JUANITA SOLIVEN HUSBAND AND WIFE AS JOINT TENANTS, as trustor, dated 6/7/2006, and recorded on 6/13/2006 as instrument number 2006-1297163, in Book xxx, Page xxx, of Official Records in the office of the Recorder of LOS ANGELES, California, under the authority

# EXHIBIT A

17

Trustee's Deed Upon Sale

2 | Page

and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed trustee, default having occurred under the Deed of Trust pursuant to the Notice of Breach and Election to Sell under the Deed of Trust recorded on 10/20/2011, instrument no 2011-1420987, Book , Page , of Official records. Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten/thirty days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b

Default occurred as set forth in a Notice of Breach and Election to Sell which was recorded in the office of the Recorder of said County.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Breach and Election to Sell or the personal delivery of the copy of the Notice of Breach and Election to Sell and the posting and publication of copies of the Notice of Sale have been complied with.

Said property was sold by said Trustee at public auction on 2/15/2012 at the place named in the Notice of Sale, in the County of LOS ANGELES, California, in which the property is situated.  Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefore to said trustee the amount being $496,059.53 in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust.

Date:

FEB 1 7 2012

QUALITY LOAN SERVICE CORPORATION

By: Karla Sanchez, Assistant Secretary

State of: California)
County of: San Diego)

On _____ FEB 1 7 2012 _____ before me, _____ W. Sanchez _____ a notary public, personally appeared Karla Sanchez, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____ (Seal)
W. Sanchez

Commission # 1865442
Notary Public - California
San Diego County
My Comm. Expires Oct 22, 2015

THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

## THREE DAY NOTICE FOR POSSESSION

File No.  CA-12-96943

**TO:**   Rogelio Soliven, Juanita Soliven

and "ALL PERSONS IN POSSESSION" of the premises located at:

20527 Londelius Street, Canoga Park, CA 91306

**NOTICE IS HEREBY GIVEN** that:

Within three (3) days after service on you of this Notice:

You are required to quit and deliver up possession of the premises to the undersigned or to Nationstar Mortgage LLC, servicing agent, who is authorized to receive the same, or the undersigned will institute legal proceedings against you to recover possession of said premises and for rents or damages as provided by law.

You are required to quit and deliver up possession of said premises for the reason that they have been duly sold to the undersigned in accordance with Section 2924 et seq. of the Civil Code of the State of California, under the power of sale contained in a Deed of Trust executed by you or by your predecessors in interest and recorded in the Official Records of LOS ANGELES County, California, and the title under the sale has been duly perfected.

This notice is given pursuant to the provisions of Section 1161a (b)(3) of the Code of Civil Procedure of the State of California.

Please notify this office immediately if you are active military duty or have been discharged from active military duty within the last 9 months.

McCarthy & Holthus LLP
A Limited Liability Partnership
1770 Fourth Avenue
San Diego, CA  92101-3006
(619) 685-4800 x 3729

By: McCarthy & Holthus, LLP, Attorney for
Nationstar Mortgage LLC

# EXHIBIT B

19

A foreclosure sale has been completed for this property and an eviction is beginning - Your rights to continue living in this property may be affected. Please call (with an interpreter) our office at (619) 685-4800 ext 3729 to discuss options which may be available to you. You may also wish to contact a lawyer or your local legal aid or housing counseling agency to discuss any rights you may have.  Time is of the essence.

Se ha realizado una venta por juicio hipotecario de esta propiedad y ha comenzado el proceso de desalojo. Es posible que sus derechos de continuar viviendo en esta propiedad se vean afectados. Comuníquese (con un intérprete) con nuestra oficina al (619) 685-4800, int. 3729, para analizar opciones disponibles para usted. También podrá comunicarse con un abogado o con la oficina local de asesoramiento legal o agencia de asesoramiento inmobiliario para analizar los derechos que pueda tener. El tiempo es crucial.

Thủ tục mua bán nhà bị tịch thu đã được hoàn tất đối với tài sản này và việc thu hồi nhà đang bắt đầu – Quyền hạn tiếp tục sống trong nhà này của quý vị có thể bị ảnh hưởng.  Xin gọi (với một thông dịch viên) cho văn phòng của chúng tôi ở số (619) 685-4800, số máy nhánh 3729 để thảo luận các lựa chọn có thể có đối với quý vị.  Quý vị cũng có thể cần liên lạc với một luật sư hoặc một cơ quan trợ giúp về pháp luật hoặc tư vấn gia cư tại địa phương để thảo luận mọi quyền hạn của quý vị. Thời gian là điều quan trọng nhất.

이 건물에 대한 압류 처분이 완료되었으며 철거가 시작되고 있습니다. 귀하가 이 건물에 계속 거주할 수 있는 권리가 영향을 받을 수 있습니다. (619) 685-4800(내선 3729, 통역사 통화 가능)으로 전화하여 귀하가 선택할 수 있는 사항을 문의하십시오. 또한 변호사, 지역의 법률 지원 기관 또는 주택 상담 기관에 연락하여 귀하의 권리에 대해 문의할 수 있습니다. 서두르셔야 합니다.

Naisagawa na ang pagbebenta dahil sa pagpapasara sa property na ito at magsisimula na ang paglilipat – Ang iyong mga karapatang patuloy na tumira sa property na ito ay maaaring maapektuhan. Mangyaring tumawag (nang may interpreter) sa aming tanggapan sa (619) 685-4800 ext 3729 upang talakayin ang mga pagpipilian na maaari mong magamit. Maaari ka ring makipag-ugnay sa isang abugado o iyong lokal na legal aid o ahensya sa pagpapayo sa paninirahan upang talakayin ang anumang karapatang maaaring masakol sa iyo. Ang oras ay mahalaga.

3729，以討論可能適用於您的各種方案。您可能還希望聯絡律師，或您當地的法律援助機構或住房咨詢機構以便討論您可能擁有的各項權利。時間緊迫，請勿拖延。

20

**NOTICE TO TENANTS**

Notice to Any Renters Living At 20527 Londelius Street, Canoga Park,  CA 91306

The attached notice means that your home was recently sold in foreclosure and the new owner plans to evict you.

You should talk to a lawyer NOW to see what your rights are. You may receive court papers in a few days. If your name is on the papers it may hurt your credit if you do not respond and simply move out.

Also, if you do not respond within five days of receiving the papers, even if you are not named in the papers, you will likely lose any rights you may have. In some cases, you can respond without hurting your credit. You should ask a lawyer about it.

You may have the right to stay in your home for 90 days or longer, regardless of any deadlines stated on any attached papers. In some cases and in some cities with a "just cause for eviction law," you may not have to move at all. But you must take the proper legal steps in order to protect your rights.

How to Get Legal Help

If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

Please notify this office immediately if you are active military duty or have been discharged from active military duty within the last 9 months.

McCarthy Holthus-UD-SD
1770 Fourth Avenue San Diego, CA 92101

### PROOF OF SERVICE

I, the undersigned declare that I served the Notice (s) below as indicated:

THREE DAY NOTICE FOR POSSESSION; DATED LETTER TO OCCUPANT; 5 LANGUAGES; IMPORTANT NOTICE TO TENANTS; BLANK CHANGE IN OWNERSHIP OCCUPANT QUESTIONNAIRE; NOTICE TO ANY RENTERS; SERVICE MEMBERS CIVIL RELIEF ACT;

The above described Notice (s) were served on the following named parties in the manner set forth below:

NAME OF OCCUPANT: Rogelio Soliven, Juanita Soliven and All Persons in Possession

DATE OF Posting: February 25, 2012
TIME OF Posting: 06:52 pm

DATE OF MAILING: February 25, 2012

ADDRESS OF PROPERTY: 20527 Londelius Street,
Canoga Park, CA 91306
(HOME)

☐ 1. PERSONAL SERVICE   By delivering a copy of the Notice(s) on the above named occupant(s)

☒ 2. CONSTRUCTIVE SERVICE   After due and diligent effort, by service of said Notice(s) as authorized by C.C.P. Section 1162 (2,3) on each of the above named parties in the manner set forth below.

By posting a copy for each of the above named parties on February 25, 2012 at 06:52 pm in a conspicuous place on the property; and thereafter mailing a copy to each said party by depositing said copies in the United States mail, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property is situated on February 25, 2012.

Fee for Service: 110.00
County: Los Angeles
Registration No.: 6703
Nationwide Legal, LLC
820 North Parton Street, Suite
203
Santa Ana, CA 92701
(714) 558-2300
Ref: CA-12-96863

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

Signature: _____
Steve Choi

### EXHIBIT C

**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.

1. If you live here and you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.

2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.

3. If you do not file this form, you will be evicted without further hearing.

COPY

CLAIMANT OR CLAIMANT'S ATTORNEY (Name and Address):

TELEPHONE NO.:

FOR COURT USE ONLY

ATTORNEY FOR (NAME):

NAME OF COURT: VAN NUYS COURTHOUSE EAST Court of California

STREET ADDRESS: 6230 Sylmar Avenue

MAILING ADDRESS:

CITY AND ZIP CODE: Van Nuys, CA 91401

BRANCH NAME:

PLAINTIFF:

DEFENDANT:

PREJUDGMENT CLAIM OF RIGHT TO POSSESSION

CASE NUMBER: 12B01557

(To be completed by the process server)

DATE OF SERVICE:

(Date that this form is served or delivered, and posted, and mailed by the officer or process server)

**Complete this form only if ALL of these statements are true:**
1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed.
3. You still occupy the premises.

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is (specify):

2. I reside at (street address, unit No., city and ZIP code):

3. The address of "the premises" subject to this claim is (address):

4. On (insert date): _____, the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. (This date is the court filing date on the accompanying Summons and Complaint.)

9. I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. (Filing fee) I understand that I must go to the court and pay a filing fee of $_____ or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

Electronic Form Copyright Fresno LaserGraphics Inc Page two

23

| PLAINTIFF: | CASE NUMBER: |
|---|---|
| DEFENDANT: | |

**NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

11. *(Response required within five days after you file this form)* I understand that I will have five days (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12. Rental agreement. I have *(check all that apply to you)*:
   a. ☐ an oral rental agreement with the landlord.
   b. ☐ a written rental agreement with the landlord.
   c. ☐ an oral rental agreement with a person other than the landlord.
   d. ☐ a written rental agreement with a person other than the landlord.
   e. ☐ other *(explain)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**WARNING: Perjury is a felony punishable by imprisonment in the state prison.**

Date:

➡

_____          _____
(TYPE OR PRINT NAME)                          (SIGNATURE OF CLAIMANT)

**NOTICE: If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.**

**– NOTICE TO OCCUPANTS –**

**YOU MUST ACT AT ONCE** if all the following are true:
   1. You are **NOT** named in the accompanying Summons and Complaint.
   2. You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed. *(The date is the court filing date on the accompanying Summons and Complaint.)*
   3. You still occupy the premises.

*(Where to file this form)* You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

the premises will be decided by the

24

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Stephen V. Wilson and the assigned discovery Magistrate Judge is Alicia G. Rosenberg.

The case number on all documents filed with the Court should read as follows:

## CV12- 5614 SVW (AGRx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

========================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐) <br> NATIONSTAR MORTGAGE LLC, ITS ASSIGNEES AND/OR SUCCESSORS, | **DEFENDANTS** <br> ROGELIO SOLIVEN, JUANITA SOLIVEN, AND DOES 1-10; INCLUSIVE, |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) <br> McCarthy & Holthus, LLP <br> 1770 Fourth Avenue <br> San Diego, CA 92101 619-243-3960 | Attorneys (If Known) <br> In Pro Se |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding    ☒ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
THE CASE CONTAINS A FEDERAL LEGAL ISSUE RELATING TO THE TENANT'S RIGHTS

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | ☐ 190 Other Contract | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 630 Liquor Laws | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | **REAL PROPERTY** | **IMMIGRATION** | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety/Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☒ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 240 Torts to Land | | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**CV12-5614**

FOR OFFICE USE ONLY:    Case Number:_____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
  ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
  ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
  ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
  **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _~signature~_   Date June 28, 2012

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings
or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed
but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |